UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21991-CIV-ALTONAGA/Goodman

**DAWN WILLIAMS**,

  Plaintiff,
v.

**ROYAL CARIBBEAN CRUISES LTD.**,

  Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court at a July 16, 2019 hearing [ECF No. 27] on Defendant, Royal Caribbean Cruises Ltd.'s Motion to Dismiss [ECF No. 15]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 15]** is **GRANTED**. Counts I, III, IV, and V are **DISMISSED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of July, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record